IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAKEVION D. TRAYLOR,<br><br>                Plaintiff,<br>vs.<br><br>YARDSTIK, INC.,<br><br>                Defendant. | Case No.: 4:25-cv-00777-SDJ<br><br>NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 26(a)(1) |

      **NOTICE IS HEREBY GIVEN**, pursuant to Local Rule CV-26(c) of the Eastern District of Texas, on October 6, 2025, Plaintiff Jakevion D. Traylor served Plaintiff's Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of all documents in Plaintiff's possession on counsel for Defendant Yardstik, Inc. via E-mail.

      Dated: October 6, 2025

                                                  */s/ Yaear Weintroub*
                                                  Yaear Weintroub (NY Bar No. 6153431)
                                                  CONSUMER ATTORNEYS PLLC
                                                  68-29 Main Street
                                                  Flushing NY 11367
                                                  T: (718) 576-1863
                                                  F: (718) 247-8020
                                                  E: yweintroub@consumerattorneys.com

                                                  *Attorneys for Plaintiff,*
                                                  *Jakevion D. Traylor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Yaear Weintroub*